IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

ALBERT PETER LAUMAN,                    )
                                        )
                    Plaintiff,          )
                                        )
v.                                      )      Case No. CIV-08-137-D
                                        )
CORRECTIONAL HEALTHCARE                 )
MANAGEMENT OF OKLAHOMA, INC.,           )
*et al.*                                )
                                        )
                    Defendants.         )

## O R D E R   O F   D I S M I S S A L

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Bana Roberts pursuant to 28 U.S.C. § 636(b)(1) on July 31, 2008.  Judge Roberts recommends dismissal of the case without prejudice due to Plaintiff's failure to comply with prior orders, failure to comply with Fed. R. Civ. P. 4(m) and local rules, and failure to prosecute this action.  Plaintiff has not filed a timely objection or requested additional time to object, despite being advised of the right to object, the deadline to file an objection, and the consequences of failing to object.

The Court finds that Plaintiff has waived further review of the issues addressed in the Report. For this reason, and because the court record reflects that Plaintiff has failed to comply with federal and local court rules and previous directives regarding prosecution of this action, the Court concurs in Judge Roberts' findings and recommendation.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 15] is ADOPTED in its entirety.  This case is DISMISSED without prejudice to refiling.

IT IS SO ORDERED this 2nd day of September, 2008.

_____

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE